IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03281-MEH

KALTHUN OSMAN,

    Plaintiff,

v.

BIMBO BAKERIES, USA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 21, 2015.**

    The Stipulated Motion for Protective Order [filed May 20, 2015; docket #21] is **granted.** The parties' Stipulated Protective Order is accepted and filed contemporaneously with this Minute Order.