IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03281-MEH

KALTHUN OSMAN,

    Plaintiff,

v.

BIMBO BAKERIES, USA, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2015.**

    For good cause shown, Defendant's Unopposed Motion for Independent Medical Examination of Plaintiff Pursuant to Fed. R. Civ. P. 35 [filed July 31, 2015; docket #24] is **granted.**