IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-03281-MEH-CBS | Date: | January 28, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                  *Counsel:*

KALTHUN OSMAN                                 Mark Bove

   Plaintiffs,

v.

BIMBO BAKERIES, USA, INC.                  Bradford Williams

   Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**1:55 p.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

**ORDERED**:     Following oral argument, the [39] Motion in Limine by Defendant Bimbo Bakeries, USA, Inc., is TAKEN UNDER ADVISEMENT.

The plaintiff has until close of business on Monday, February 1, 2016 to file a written response to the defendant's demonstrative aid only.

The Final Pretrial Conference and Trial Preparation Conference are reset to **February 8, 2016 at 9:30 a.m.** before Magistrate Judge Hegarty, Courtroom A501, Arraj Courthouse.

**2:51 p.m.**     **Court in recess.**     Hearing concluded.
Total in-court time    00:56

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.